IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELVIN PEREZ,

    Plaintiff,

v.                                                Case No. 1:11cv180-SPM/GRJ

MARTHA D. HUMPRHIES, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 11) which recommends that Plaintiff's due process and retaliatory disciplinary report claims against all defendants be dismissed for failure to state a claim upon which relief may be granted. Plaintiff filed objections (doc. 16).[1]

Upon consideration, and despite Plaintiff's objections, I have determined that the Report and Recommendation is correct and should be adopted. Plaintiff's objections essentially restate facts from the Complaint and address

---

[1] Plaintiff filed a Motion for Extension of Time to File Objections to Report (doc. 15). Although Plaintiff filed objections before the Court had an opportunity to rule on the motion, the Court did consider Plaintiff's objections to the Report and Recommendation. Accordingly, the motion for an extension of time is moot.

issues already discussed in the Report and Recommendation. Because the Court fully agrees with the Magistrate Judge's determination, there is no need to re-address Plaintiff's arguments.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 11) is **adopted** and incorporated by reference into this order.

2. The claims against Defendants Humphries, Mock, Wimberley, Land, and Solano are dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

3. The due process and retaliatory disciplinary report claims against Sgt. Simpson, as well as the due process claims against Officer Winburn are dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

4. Plaintiff's Motion for Extension of Time to File Objections to Report (doc. 15) is **denied** as moot.

**DONE AND ORDERED** this 5th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge