In The United States District Court For The Northern District of Florida Gainesville Division

Melvin Pérez,
  Plaintiff,

v.                        Case No.: 1:11-cv-180-SPM/GRJ

Martha D. Humphries, et al.,
  Defendants.

PROVIDED TO CHARLOTTE CI ON
JAN 1 2, 2012
FOR MAILING

PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT AND MOTION TO EXTEND TIME FOR SERVICE

The Plaintiff, Melvin Pérez, pro se, hereby files this motion seeking that this Court alter or amend the judgment entered on January 6, 2012. In support thereof, Plaintiff states:

1. In this Court's order dated January 5, 2012 (Doc. 19), this Court ordered and adjudged as follows:

    1) The Magistrate Judge's Report and Recommendation (doc. 11) is adopted and incorporated by reference into this order.

    2) The claims against Defendants Humphries, Mock, Wimberley, Land, and Solano are dismissed pursuant to 28 U.S.C. § 1915A

-1-

for failure to state a claim upon which relief may be granted.

3) The due process and retaliatory disciplinary report claims against Sgt. Simpson, as well as the due process claims against Officer Winburn are dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted (page 2).

2. However, on January 6, 2012, the Clerk of Court entered a judgment (Doc. 20) which states:
Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff MELVIN PEREZ, take nothing and that this action be DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

3. Plaintiff now seeks that this Court alter or amend the judgment entered in (Doc. 20). Specifically, the order adopted the report and recommendation. In the report, the magistrate judge concluded that the First Amendment retaliatory threat claims against Sgt. Simpson and Officer Winburn are sufficient to proceed (report at page 1). Accordingly, the clerk improperly entered judgment dismissing this action.

4. The order adopting the report also failed to consider or even make mention of the affidavits submitted with the objections which support Plaintiff's claims against the other named Defendants.

5. Plaintiff seeks that the judgment is altered to include the dismissed Defendants.

## Extension of Time

6. This Court also denied Plaintiff's motion seeking assistance in serving Defendants. Plaintiff now seeks additional time to serve Defendants. To support his request he provides several basis:

a) Plaintiff sent the Clerk service copies and the waiver of service forms. In order to Plaintiff service Defendants the Clerk must sent Plaintiff the waiver of service forms and the service copies.

b) Plaintiff needs time to seek authorization from the Warden to send the service copies.

c) Even if Defendants waive formal

-3-

service, Defendants have 30 days to respond as to whether or not they would waive service.

7. These basis warrant an additional extension and are good faith reasons to justify the extension.

8. Plaintiff requests an additional 60 days.

Wherefore, Plaintiff respectfully seeks that this Court alter or amend the judgment and grant him an additional 60 days.

Respectfully submitted this 12th day of January, 2012.

Melvin Pérez Dc# X11781
Charlotte Corr. Inst.
33123 Oil Well Road
Punta Gorda, FL 33955

-4-

Melvin Pérez DC # X111781
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FL 33955

United States District Court
Northern District of Florida
Office of the Clerk
401 S.E. 1st Avenue, Suite 243
Gainesville, FL 32601-6805