IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELVIN PEREZ,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-180-SPM-GRJ

MICHAEL G. SIMPSON, et al.,

    Defendants
_____/

## ORDER

This matter is before the Court on Doc. 23, Plaintiff's motion to alter or amend the judgment and motion to extend time for service. The judgment entered by the Clerk dismissing the action in its entirety (Doc. 20) was vacated on January 9, 2012. (Doc. 21.) Accordingly, Plaintiff's motion to alter the final judgment is moot. Plaintiff was previously granted an extension of time to serve Defendants until on or before January 18, 2012. Plaintiff seeks an additional 60 days to effect service upon Defendants Simpson and Winburn.

Accordingly, it is **ORDERED:**

Plaintiff's motion, Doc. 23, is **DENIED IN PART**: the motion to alter the judgment is moot. The motion for extension of time is **GRANTED IN PART**: the deadline for service is extended to **March 19, 2012.**

**DONE AND ORDERED** this 19th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge