IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELVIN PEREZ,

      Plaintiff,

v.                                 CASE NO. 1:11-cv-180-RS-GRJ

MICHAEL G. SIMPSON, et al.,

      Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 83), Plaintiff's Objections (Doc. 85) and Defendant's Response in Opposition to Plaintiff's Objections (Doc. 87). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 63) is **GRANTED IN PART AND DENIED IN PART.**

3. This case is referred back to the Magistrate for further proceedings.

**ORDERED** on August 27, 2013.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**